1  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
2  DANIEL XULI, Bar No. 316583
   dxuli@littler.com
3  LITTLER MENDELSON P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone:  925.932.2468
   Fax No.:     925.946.9809
6
   Attorneys for Defendant
7  WASTE CONNECTIONS US, INC.

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10               SACRAMENTO DIVISION

11

12  ALFONSO DIAZ, on behalf of            Case No. 2-22-cv-01343-KJM-DB
    himself and all others similarly
13  situated,
                                          **STIPULATION AND ORDER TO**
14          Plaintiff,                    **STAY PROCEEDINGS AND**
                                          **WITHDRAW DEFENDANT'S**
15      v.                                **MOTION TO DISMISS**

16  WASTE CONNECTIONS US, INC.,           Date:  October 28, 2022
    a Delaware corporation; and DOES 1    Time:  10:00 a.m.
17  to 10, inclusive,                     Dept.: Courtroom 27, 8th floor

18          Defendant.

19

20

21

22

23

24

25

26

27

28

*Stipulation to Stay Proceedings and*                    Case No. 2-22-cv-01343-KJM-DB
*Withdraw Def.'s Motion to Dismiss*
4881-7823-2113.4 / 051110-1222

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Alfonso Diaz ("Plaintiff") and Defendant Waste Connections US, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    Upon approval of this Stipulation, Defendant withdraws its currently pending motion to dismiss, or in the alternative, motion for a discretionary stay, pursuant to the first-to-file rule (Dkt. Nos. 4, 4-1, 4-2, and 4-3) without prejudice.

2.    The Parties agree to stay the present action, including the Pre-Trial Scheduling Status and Rule 26(f) Conference set for October 14, 2022 (Dkt. Nos. 14 and 15) until sixty (60) days after the completion of mediation of the related matter of *Pedro Huerta v. Waste Connections US, Inc., et al.* (California Superior Court, County of Kings, Case No. 21C-0109) ("*Huerta*"), currently set for November 8, 2022, because resolution in the *Huerta* matter will be useful to assist in resolving this case, in part because resolution of the *Huerta* matter will impact the overlapping claims between the present action and the *Huerta* matter, and will allow the parties to avoid duplicative actions and motion practice.

**STIPULATED AND AGREED.**

**[SIGNATURES ON FOLLOWING PAGE]**

1

2

Dated:     October 17, 2022                    LITTLER MENDELSON, P.C.

3

4

*/s/ Gregory G. Iskander*
Gregory G. Iskander
Daniel XuLi

5

Attorneys for Defendant
WASTE CONNECTIONS US, INC.

6

7

Dated:     October 17, 2022                    BRADLEY/GROMBACHER, LLP

8

9

*/s/ Marcus Bradley*
Marcus Bradley
Kiley Grombacher

10

Lirit King

11

Attorneys for Plaintiff ALFONSO
DIAZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Stay Proceedings and
Withdraw Def.'s Motion to Dismiss*
4881-7823-2113.4 / 051110-1222

3          Case No. 2-22-cv-01343-KJM-DB

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

    1.    This case is hereby stayed for all purposes, including the Pre-Trial Scheduling Status and Rule 26(f) Conference until sixty (60) days after the completion of mediation in *Pedro Huerta v. Waste Connections US, Inc., et al.* (California Superior Court, County of Kings, Case No. 21C-0109); and

    2.    Defendant's currently pending motion to dismiss, or in the alternative, motion for a discretionary stay, pursuant to the first-to-file rule (Dkt. No. 4, 4-1, 4-2, and 4-3) is withdrawn without prejudice.

    3.    The Parties shall file a status report on or before January 8, 2023.

DATED:  October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE