**BRADLEY/GROMBACHER, LLP**
Marcus Bradley, Esq. (SBN 174156)
Kiley Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA  91361
Telephone: (805) 270-7100
Facsimile: (805) 618-2939
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**MAJARIAN LAW GROUP APC**
Garen Majarian, Esq. (SBN 334104)
Sahag Majarian, II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 263-7343
Facsimile:   (818) 609-0892
garen@majarianlawgroup.com
sahagii@aol.com

Attorneys for Plaintiff ALFONSO DIAZ
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO DIAZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASTE CONNECTIONS US, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | **CASE NO. 2:22-cv-01343-KJM-DB**<br>[Assigned to Hon. Judge Kimberly J. Mueller, Courtroom 3]<br><br>**JOINT STIPULATION TO LIFT THE STAY AND REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: June 1, 2022<br>Case Transferred: July 28, 2022 |

{00111807 DOCX }

**TO THE HONORABLE COURT:**

Plaintiff Alfonso Diaz ("Plaintiff") and Defendant Waste Connections US, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Stipulation to Lift the Stay and Remand Action to State Court. This Stipulation is based on the following:

WHEREAS, on June 1, 2022, Plaintiff filed this putative class action in the Superior Court for the State of California, County of Tehama Case No. 22CI000123 (the "Action");

WHEREAS, Defendant removed the Action to this Court on July 28, 2022, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1441, 1446 (ECF No. 1);

WHEREAS, on October 25, 2022, this Court granted the Parties' joint stipulation to stay proceedings while the Parties continued to work towards a resolution in this Action.

WHEREAS, the Parties attended mediation with David Phillips on June 14, 2023 and reached a settlement that resolves all of the claims.

WHEREAS, per the Parties' terms of settlement, the Parties agreed that the Action should be remanded to the Tehama County Superior Court, and the Parties intend to seek court approval of the settlement and final judgment in the Superior Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that:

1. The Stay in this Action be lifted.

2. The Action shall be remanded to Tehama County Superior Court with each Party to bear its own fees and costs with respect to the removal and subsequent remand; and

3. The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of the Tehama County Superior Court.

**IT IS SO STIPULATED.**

[Signatures on following page]

1

{00111807 DOCX }

DATED:  September 6, 2023

**BRADLEY/GROMBACHER LLP**
**MAJARIAN LAW GROUP APC**


By: /s/ Marcus J. Bradley
         Marcus J. Bradley
         Kiley L. Grombacher
         Garen Majarian
         Sahag Majarian, II
         Attorneys for Plaintiff ALFONSO DIAZ

DATED:  September 6, 2023

**LITTLER MENDELSON, P.C.**


By: /s/ Gregory G. Iskander
         Gregory G. Iskander
         Daniel XuLi
         Attorneys for Defendant WASTE
         CONNECTIONS US, INC.

JOINT STIPULATION TO REMAND ACTION TO STATE COURT

{00111807 DOCX }

## <u>ORDER</u>

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Stay in this Action is lifted.

2. The Action shall be remanded to Tehama County Superior Court with each Party to bear its own fees and costs with respect to the removal and subsequent remand; and

3. The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of the Tehama County Superior Court.

DATED:  September 6, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO REMAND ACTION TO STATE COURT

{00111807 DOCX }